752 S.E.2d 793

**In the Matter of Walter BILBRO, Jr., Respondent.**

Appellate Case No. 2013-002690

No. 2013–002690.

Supreme Court of South Carolina.

Dec. 20, 2013.

## ORDER

The Office of Disciplinary Counsel asks this Court to transfer respondent to incapacity inactive status and to appoint a Special Receiver pursuant to Rule 31 of the Rules for Lawyer Disciplinary Enforcement (RLDE) contained in Rule 413 of the South Carolina Appellate Court Rules (SCACR).

IT IS ORDERED that respondent is transferred to incapacity inactive status until further order of this Court.

Respondent is hereby enjoined from taking any action regarding any trust, escrow, operating, and any other law office account(s) respondent may maintain at any bank or other financial institution, including, but not limited to, making any withdrawal or transfer, or writing any check or other instrument on the account(s).

We appoint Ravi Sanyal, Esquire, to serve as a Special Receiver to exercise all duties as specified under Rule 31, RLDE. Mr. Sanyal shall assume responsibility for respondent's client files, trust account(s), escrow account(s), operating account(s), and any other law office account(s) respondent may maintain. Mr. Sanyal shall take action as required by Rule 31, RLDE, Rule 413, SCACR, to protect the interests of respondent's clients. Mr. Sanyal may make disbursements from respondent's trust account(s), escrow account(s), operating account(s), and any other law office account(s) respondent may maintain that are necessary to effectuate this appointment. Respondent shall promptly respond to Mr. Sanyal's requests for information and/or documentation and shall fully cooperate with Mr. Sanyal in all other respects.

Further, this Order, when served on any bank or other financial institution maintaining trust, escrow, operating, and/or any other law account(s) of respondent, shall serve as notice to the bank or other financial institution that Ravi Sanyal, Esquire, has been duly appointed by this Court and that respondent is enjoined from making withdrawals or transfers from or writing any check or other instrument on any of the account(s).

Finally, this Order, when served on any office of the United States Postal Service, shall serve as notice that Ravi Sanyal, Esquire, has been duly appointed by this Court and has the authority to receive respondent's mail and the authority to direct that respondent's mail be delivered to Mr. Sanyal' office.

Mr. Sanyal's appointment shall be for a period of no longer than nine months unless an extension of the period of appointment is requested.

/s/Jean H. Toal, C. J.
FOR THE COURT